IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KARL R. BATES,

      Petitioner,

v.

BRIAN BELLEQUE,

      Respondent.

Civil No. 04-6423-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Without Prejudice (#74) is GRANTED.

    IT IS SO ORDERED.

    DATED this __1st__ day of March, 2007.

                                /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge